1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DARRYL W. DUNCAN,                        1:12-cv-00718-GSA (PC)

12                                            ORDER TRANSFERRING CASE TO THE
                         Plaintiff,          CENTRAL DISTRICT OF CALIFORNIA
13
          vs.
14
     MATTHEW CHARNEY,
15

16                       Defendant.

17   _____/

18        Darryl W. Duncan ("Plaintiff"), a state prisoner proceeding pro se, has filed a civil rights

19   action pursuant to 42 U.S.C. § 1983.

20        The federal venue statute requires that a civil action, other than one based on diversity

21   jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants

22   reside in the same state, (2) a judicial district in which a substantial part of the events or omissions

23   giving rise to the claim occurred, or a substantial part of the property that is the subject of the action

24   is situated, or (3) a judicial district in which any defendant may be found, if there is no district in

25   which the action may otherwise be brought." 28 U.S.C. § 1391(b).

26        In this case, none of the defendants reside in this district.  The claim arose in Los Angeles

27   County, which is in the Central District of California.  Therefore, plaintiff's claim should have been

28   filed in the United States District Court for the Central District of California.  In the interest of

                                           −1−

1 justice, a federal court may transfer a complaint filed in the wrong district to the correct district.  See

2 28 U.S.C. § 1406(a);  Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

3          Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States

4 District Court for the Central District of California.

5          IT IS SO ORDERED.

6    **Dated:   May 8, 2012**                        **/s/ Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28